IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STEVEN SMALL | : CIVIL ACTION |
|---|---|
| v. | : |
|  | : NO. 14-6980 |
| MARKET RESOURCE PARTNERS, LLC | : |

## ORDER

**AND NOW**, this 9th day of June 2015, it having been reported that the issues between the parties in this action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** this action is **DISMISSED** without costs, pursuant to agreement of counsel.

KEARNEY, J.